IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>PENINSULA CORRIDOR JOINT POWERS BOARD, et al.,<br><br>        Defendants. | Case No.: 13-cv-1041 JSC<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 19)** |

Now pending before the Court is Defendant City and County of San Francisco's Motion for Summary Judgment. (Dkt. No. 19.) At the hearing on December 12, 2013, the parties were given leave to submit supplemental briefing regarding issues presented in the pending motion. Among all the other issues they intend to brief, the parties shall also brief where in the record the Court may find evidence that Plaintiff was turning from the Townsend Street bicycle lane into a bicycle lane on Seventh Street at the time of the underlying incident.

Plaintiff's supplemental brief remains due December 19, 2013 and Defendant's supplemental reply remains due December 24, 2013. Upon completion of the supplemental briefing, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: December 13, 2013

                                                                _____
                                                                 JACQUELINE SCOTT CORLEY
                                                                 UNITED STATES MAGISTRATE JUDGE